JANUZ JANAS *v.* MARIA JANINA BLICHARSKA-JANAS

The defendant's petition for certification for appeal from the Appellate Court (AC 26762) is denied.

*Zbigniew S. Rozbicki,* in support of the petition.

Decided May 4, 2006

## FIRST UNION NATIONAL BANK *v.* PETER S. NIEDZWIECKI ET AL.

The petition by the named defendant for certification for appeal from the Appellate Court, 92 Conn. App. 906 (AC 25379), is denied.

*Peter S. Niedzwiecki,* pro se, in support of the petition.

Decided May 16, 2006

## STATE OF CONNECTICUT *v.* LUISA BERMUDEZ*

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 93 Conn. App. 814 (AC 24900), is granted, limited to the following issue:

"Did the Appellate Court properly decline to dismiss the appeal from the revocation of the defendant's probation and her ensuing incarceration as moot?"

The Supreme Court docket number is SC 17667.

*Michele C. Lukban,* senior assistant state's attorney, in support of the petition.

Decided May 16, 2006

---

* The appeal was withdrawn April 24, 2008.